**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSETTS**

| | |
|---|---|
| JOSE BARBOSA, LASZLO KAKUK, and JUAN LEINIZ, <br><br> Plaintiffs, <br><br> v. <br><br> DIRECTV, INC., DIRECTV, LLC, and MULTIBAND CORP., <br><br> Defendants. | Case No. 1:14-cv-13896-LTS |

**NOTICE OF RULING BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION ON PLAINTIFFS' MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS PURSUANT TO U.S.C. § 1407**

**PLEASE TAKE NOTICE** that on February 6, 2015, the Judicial Panel on Multidistrict Litigation denied a Motion for Transfer and Consolidation of Related Actions Pursuant to U.S.C. Section 1407 ("Motion to Transfer"). Attached hereto as Exhibit 1 is a copy of the Order denying the Motion to Transfer.

Dated: February 16, 2015                **STUEVE SIEGEL HANSON LLP**

By: /s/ Ryan D. O'Dell
Ryan D. O'Dell
500 West C Street, Suite 1750
San Diego, California 92101
Telephone: 619-400-5822
Facsimile: 619-400-5832
Email: odell@stuevesiegel.com

George A. Hanson
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
Facsimile: 816-714-7101
Email: hanson@stuevesiegel.com

2

        **LEAR WERTS LLP**
        Bradford B. Lear
        Mo. Bar No. 53204
        Email: lear@learwerts.com
        Todd C. Werts
        Mo. Bar No. 53288
        Email: werts@learwerts.com
        2003 W. Broadway, Ste. 107
        Columbia, Missouri 65203
        Telephone:      573-875-1991
        Facsimile: 573-875-1985

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was served on all attorneys of record via the Court's electronic case filing system on February 16, 2015.

/s/ Ryan D. O'Dell
*Attorney for Plaintiff*